## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **BAATR DOLGAEV,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-628-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

On this day, the Court considered the case.  On March 13, 2026, the Court granted in part Baatr Dolgaev's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Mar. 13, 2026, Order 3, ECF No. 4.  Respondents have now informed the Court that an IJ granted Dolgaev a $1,500.00 bond.  Status Report, ECF No. 5; *see id.* Ex. A ("IJ Order"), ECF No. 5-1.

It appears that no matters remain pending for the Court's consideration.  *See generally* Pet., ECF No. 1; Mar. 13, 2026, Order.  Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 23rd day of March, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE